IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER THORNE,

    Plaintiff,

vs.                                                        CASE NO.  5:12-cv-261

JOHN PALMER, LAVENDER BARKLEY,
MARTY MOULTON, JESSICA PAGE,
NORMAN DUNAWAY, JEFFREY BROWN,
FREDERICA HILL, and TINA HARRELL,
in their individual capacities,

    Defendants.
_____/

## DEFENDANT MOULTON'S THIRD, and DEFENDANT PALMER'S FIRST MOTIONFOR ENLARGMENT OF TIME

Defendants Moulton and Palmer, by and through undersigned counsel, and pursuant to Rule 6(b), Federal Rules of Civil Procedure, moves this Court for an additional TEN (10) days in which to respond to the Plaintiffs' complaint and in support states the following:

Plaintiffs have filed a complaint against Defendants under 42 USC sec. 1983 alleging violations of the 8th amendment. Based upon Defendant Palmer's previous motion for enlargement Defendants' responsive pleading is due today January 7, 2013.  In order to fully investigate the claim, Defendants requested an extension of time for filing a responsive pleading for an additional 30 days.  In order to

investigate the claim, Defendant needs access to the Plaintiff's medical records. Defendant requested a medical release from Plaintiff's counsel on October 29, 2012, so that Defendant's counsel could review the records.  Plaintiff did not provide a release until November 18, 2012.  Since the Plaintiff is no longer incarcerated, his medical records are stored by the Florida Department of Corrections at a general records facility.  The backlog for document requests from this facility is in excess of 30 days. Defense counsel has not yet received the medical records, but has been advised that they were place in overnight mail today, and will be available tomorrow.  Defendant therefore requests and additional 10 days to review the records and file a responsive pleading.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure, Rule 6(b)(1):

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires

Counsel for Defendants has been diligently pursuing obtaining the Plaintiff's medical records.  The records which defense counsel needs to review in order to respond to the complaint are HIPAA protected medical records, and a release for those records was not provided until November 18, 2012.  Due to the backlog of records requests, Defendants are unable to submit a response at this time and request that an additional enlargement of time of 10 days be granted in which to

respond to Plaintiffs' complaint. This Motion for Enlargement is made in good faith and not for the purpose of delay. Defendants' counsel has not consulted with Plaintiff's counsel regarding this enlargement, because Plaintiff's counsel opposed the previous extension request. Plaintiff's counsel asserts that the only relevant medical records are those attached to the Department of Corrections Inspector General's report. Defense counsel wishes to review the Plaintiff's medical records in total to determine, (1) if he has received treatment for the same complaints prior to the incident alleged in the complaint, (2) if he has received any subsequent treatment for the injuries alleged or similar injuries, (3) if he has any physical limitations which would make the alleged injuries more or less likely to have occurred as alleged, (4) for other purposes which may arise from review, but which cannot be presumed at this time.

WHEREFORE, Defendants move this Court for an order enlarging the time within which Defendants have to respond to Plaintiffs' complaint by an additional ten (10) days.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Dean C. Kowalchyk
Dean C. Kowalchyk
Senior Assistant Attorney General
Florida Bar No.: 361364
Office of the Attorney General

The Capitol, Suite PL-01<br>
Tallahassee Florida 32399-1050<br>
Telephone: (850) 414-3669<br>
Facsimile: (850) 488-4872<br>
Dean.Kowalchyk@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing **Motion** has been furnished electronically via CM/ECF to all counsel of record, this 7th day of January 2013.

/s/ Dean C. Kowalchyk
Dean C. Kowalchyk