# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**CHRISTOPHER THORNE,**

    **Plaintiff,**

vs.                                         CASE NO.  3:12-cv-261

**JOHN PALMER, LAVENDER BARKLEY, MARTY MOULTON, JESSICA PAGE, NORMAN DUNAWAY, JEFFREY BROWN, FREDERICA HILL, and TINA HARRELL,** in their individual capacities,

    **Defendants.**

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that **DEAN C. KOWALCHYK**, **SENIOR ASSISTANT ATTORNEY GENERAL**, appears as counsel of record on behalf of **JOHN PALMER** in this case. All future pleadings, documents, and correspondence in this case should be served upon the undersigned at the address below.

                                        Respectfully submitted,

                                        **PAMELA JO BONDI**
                                        **ATTORNEY GENERAL**

                                        /s/ Dean C. Kowalchyk
                                        Dean C. Kowalchyk
                                        Senior Assistant Attorney General
                                        Florida Bar No.: 361364
                                        Office of the Attorney General
                                        The Capitol, Suite PL-01
                                        Tallahassee Florida 32399-1050
                                        Telephone: (850) 414-3669
                                        Facsimile: (850) 488-4872

                                        Dean.Kowalchyk@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing **NOTICE OF APPEARANCE OF CO-COUNSEL** has been furnished electronically via CM/ECF to all counsel of record, this 13th day of JANUARY 2013.

<u>/s/ Dean C. Kowalchyk</u>
Dean C. Kowalchyk