IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER THORNE,

    Plaintiff,

vs.                                    CASE NO. 5:12-cv-261

JOHN PALMER, LAVENDER BARKLEY,
MARTY MOULTON, JESSICA PAGE,
NORMAN DUNAWAY, JEFFREY BROWN,
FREDERICA HILL, and TINA HARRELL,
in their individual capacities,

    Defendants.
_____/

## DEFENDANT MOULTON'S and PALMERS THIRD MOTION FOR ENLARGMENT OF TIME

Defendants Moulton and Palmer, by and through undersigned counsel, and pursuant to Rule 6(b), Federal Rules of Civil Procedure, moves this Court for an additional ten (10) days in which to respond to the Plaintiffs' complaint and in support states the following:

Plaintiffs have filed a complaint against Defendants under 42 USC sec. 1983 alleging violations of the 8th amendment while incarcerated at Apalachee Correctional Institution. Based upon Defendant's previous motion for enlargement and the Court's order granting enlargement, Defendants' responsive pleading is due today, January 22, 2013. In working to prepare a response to the Complaint,

Defendants' counsel noted today that the date of the incidents alleged in the Complaint, December 29, 2009, is 5 months after the Plaintiff was released from incarceration. It is possible that this is a simple typographical error, but in the interest of caution, Defendant's counsel has addressed this matter via email to Plaintiff's counsel, and requested that if this date is not correct, that an amended complaint be filed reflecting the correct date. If, on the other hand, Plaintiff asserts that this is the correct date, then a response will be filed based upon the complaint as drafted. Defense counsel therefore requests and additional 10 days to receive a response and file a responsive pleading.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rule of Civil Procedure, Rule 6(b)(1):

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires

As stated above, it is more likely than not that the date stated in the complaint is a typographical error. Rather than go through the process of moving to dismiss, and the Court entering a ruling, and then Plaintiff (more than likely) amending the Complaint. Defense counsel has proposed a less formal solution that will save time for all parties. This Motion for Enlargement is made in good faith and not for the purpose of delay. Defendants' counsel has previously consulted with Plaintiff's counsel regarding enlargements, and Plaintiff's counsel opposes any

further extension. If an amended complaint is filed which is identical to the current complaint, with the exception of a change in the date, Defense counsel will stipulate to leave to amend.

WHEREFORE, Defendants move this Court for an order enlarging the time within which Defendants have to respond to Plaintiffs' complaint by an additional ten (10) days.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Dean C. Kowalchyk
Dean C. Kowalchyk
Senior Assistant Attorney General
Florida Bar No.: 361364
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
Telephone: (850) 414-3669
Facsimile: (850) 488-4872
Dean.Kowalchyk@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing **Motion** has been furnished electronically via CM/ECF to all counsel of record, this 22nd day of January 2013.

/s/ Dean C. Kowalchyk
Dean C. Kowalchyk