IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER THORNE,

    Plaintiff,

vs.                              CASE NO. 5:12-cv-261

JOHN PALMER, LAVENDER BARKLEY,
MARTY MOULTON, JESSICA PAGE,
NORMAN DUNAWAY, JEFFREY BROWN,
FREDERICA HILL, and TINA HARRELL,
in their individual capacities,

    Defendants.
_____/

## DEFENDANT'S PALMER, PAGE AND MOULTON'S MOTION FOR LEAVE TO FILE OUT OF TIME

Defendants Moulton and Palmer, by and through undersigned counsel, and pursuant to Rule 6(b), Federal Rules of Civil Procedure, moves this Court for leave to file responsive pleadings out of time, and in support thereof state:

Plaintiffs have filed a complaint against Defendants under 42 USC sec. 1983 alleging violations of the 8th amendment while incarcerated at Apalachee Correctional Institution. Based upon this Court's order (Doc 18), the Defendants were to either show cause why the motion to dismiss (Doc 15) should be granted, or otherwise to file a responsive pleading, by yesterday, March 11, 2013. Counsel for Defendants prepared an Answer on behalf of Defendant Moulton, and a Motion

to dismiss on behalf of Defendants Palmer and Page. Due to a technical problem yesterday evening, Counsel could log into CM/ECF, but could not upload these pleadings. Counsel is now able to upload the pleadings, and requests leave to do so.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure, Rule 6(b)(1):

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

As stated above, the delay of one day in filing the responsive pleadings was due to a technical problem. As such it should be considered, at best, to be excusable neglect. Counsel has consulted with Counsel for the Plaintiff, and Counsel for Plaintiff has no objection to this motion.

WHEREFORE, Defendants move this Court to allow Defendants to file their responsive pleadings out of time.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Dean C. Kowalchyk
Dean C. Kowalchyk
Senior Assistant Attorney General
Florida Bar No.: 361364

Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
Telephone: (850) 414-3669
Facsimile: (850) 488-4872
Dean.Kowalchyk@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing **Motion** has been furnished electronically via CM/ECF to all counsel of record, this 12th day of March 2013.

/s/ Dean C. Kowalchyk
Dean C. Kowalchyk