IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHRISTOPHER THORNE,**

    **Plaintiff,**

**v.**                                                **CASE NO. 5:12-cv-261-RS-CJK**

**JOHN PALMER, et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 44). No objections have been filed.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    The case is **DISMISSED with prejudice** pursuant Fed. R. Civ. P. 41(a)(1)(A)(i).

    3.    The clerk is directed to close the file.

**ORDERED** on October 9, 2013.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**